United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10590-mdc |
| Annette King | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette King, 1383 N. 76th Street, Philadelphia, PA 19151-2824 |
| 14774673 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14761247 | + | Wells Fargo Financial Retail Services, Central Processing, P.O. Box 7510, Urbandale, IA 50323-7510 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14762572 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2023 23:38:56 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14761237 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2023 23:39:27 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14766148 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 23:39:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14761877 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2023 23:29:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14766705 | | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2023 23:29:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14779234 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:40:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14761238 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:40:04 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14761239 | + | Email/Text: mrdiscen@discover.com | Aug 10 2023 23:29:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14767930 | | Email/Text: mrdiscen@discover.com | Aug 10 2023 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14764207 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 23:38:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14764366 | ^ | MEBN | Aug 10 2023 23:24:52 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14775108 | ^ | MEBN | Aug 10 2023 23:24:43 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14761240 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 23:38:48 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14761242 | | Email/Text: camanagement@mtb.com | Aug 10 2023 23:29:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14761243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:39:45 | Macys/cbna, Po Box 6789, Sioux Falls, SD |

Case 23-10590-mdc    Doc 19    Filed 08/12/23    Entered 08/13/23 00:30:44    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6789 |
| 14771131 | + | Email/PDF: cbp@omf.com | Aug 10 2023 23:57:20 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14761244 | + | Email/PDF: cbp@omf.com | Aug 10 2023 23:38:40 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14768174 | ^ | MEBN | Aug 10 2023 23:24:45 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14761245 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 23:38:48 | Syncb/mitsubishi-hm Ds, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14761246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:39:34 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772565 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 10 2023 23:40:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761241 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Annette King dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Annette King
        Debtor(s)

Chapter: 13

Bankruptcy No: 23−10590−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this August 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

18
Form 155