United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 23-10590-pmm
Annette King                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin      Page 1 of 3
Date Rcvd: Jun 06, 2024      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette King, 1383 N. 76th Street, Philadelphia, PA 19151-2824 |
| 14774673 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14761247 | + | Wells Fargo Financial Retail Services, Central Processing, P.O. Box 7510, Urbandale, IA 50323-7510 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2024 00:24:50 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14762572 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2024 00:24:30 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14761237 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:09:07 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14766148 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:28 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14761877 | + | Email/Text: bankruptcy@cavps.com | Jun 07 2024 00:00:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14766705 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2024 00:00:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14779234 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:08:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14761238 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:09:19 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14761239 | + | Email/Text: mrdiscen@discover.com | Jun 06 2024 23:59:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14767930 | | Email/Text: mrdiscen@discover.com | Jun 06 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14764207 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14764366 | ^ | MEBN | Jun 06 2024 23:58:09 | Lakeview Loan Servicing LLC, C/O KML Law |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14775108 | ^ | MEBN | Jun 06 2024 23:58:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14761240 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:46 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14761242 | | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14761243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:08:47 | Macys/cbna, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14771131 | + | Email/PDF: cbp@omf.com | Jun 07 2024 00:24:37 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14761244 | + | Email/PDF: cbp@omf.com | Jun 07 2024 00:08:29 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14768174 | ^ | MEBN | Jun 06 2024 23:58:02 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14761245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:09:05 | Syncb/mitsubishi-hm Ds, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14761246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:09:07 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772565 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 07 2024 00:08:28 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761241 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Annette King dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 27 |

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ANNETTE KING<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 23-10590-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 6, 2024**

_Patricia M. Mayer_
Honorable Patricia M. Mayer
Bankruptcy Judge